IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

LAUREN L. SHERRICK,

       Plaintiff,

                                                       Case No.: 20-cv-1774

   v.

AVFLIGHT MILWAUKEE CORPORATION,

       Defendant.

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that the Plaintiff, Lauren L. Sherrick, through her undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses her claims against Defendant with prejudice, in the above captioned lawsuit.

Dated this 27th day of April, 2021.

                                                  **HAWKS QUINDEL, S.C.**
                                                *Attorneys for Plaintiff, Lauren L. Sherrick*

                                                  By:   */s/ Nicholas E. Fairweather*
                                                  Nicholas E. Fairweather, State Bar No. 1036681
                                                  Email: nfairweather@hq-law.com
                                                  409 East Main Street
                                                  Post Office Box 2155
                                                  Madison, Wisconsin 53701-2155
                                                  Telephone: (608) 257-0040
                                                  Facsimile: (608) 256-0236